SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>     vs.<br><br>Angelo Thompson, et al.,<br><br>         Defendants. | Case No. **2:12-cv-00379-EFB**<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties, IT IS ORDERED that the above-entitled action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

Date:  April 14, 2014.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-00379-EFB - 1